UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 10 2017

JAMES N. HATTEN, Clerk
By: Deputy Clerk

| | | |
|---|---|---|
| IN RE: ETHICON PHYSIOMESH FLEXIBLE COMPOSITE HERNIA MESH PRODUCTS LIABILITY LITIGATION | : : : : : | MDL DOCKET NO. 2782 CIVIL ACTION NO. 1:17-MD-02782-RWS |
| This document relates to: Salvatore Taormina | : : : : | Civil Action No.: 1:17-CV-4007 |

### SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for their Complaint against the Defendants named below, incorporate the Master Complaint in MDL No. 2782 by reference. Plaintiff(s) further show the court as follows:

1. Plaintiff Implanted with Physiomesh

   Salvatore Taormina

2. Plaintiff's Spouse (if applicable)

   Cindy Taormina

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   _____

4. State of Residence and Citizenship of each Plaintiff (including any Plaintiff in a representative capacity) at time of filing of Initial Complaint
   New Jersey

5. State of Residence and Citizenship at the Time of Implantation

   New Jersey

6. District Court and Division in which personal jurisdiction and venue would be proper absent direct filing.

   United States District Court for the District of New Jersey

7. Defendants (Check Defendants against whom Complaint is made):

   [x]   A. Ethicon, Inc.

   [x]   B. Johnson & Johnson

8. Basis of Jurisdiction

   [x]   Diversity of Citizenship (28 U.S.C. § 1332(a))

   [ ]   Other: _____

   A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

B. Other allegations of jurisdiction and venue:

_____

_____

_____

_____

9.

| Date(s) Plaintiff was Implanted with Physiomesh (list date of each implant surgery, where applicable, on separate line) | Hospital(s) where Plaintiff was implanted with Physiomesh (include City and State of Hospital) | Implanting Surgeon(s) |
|---|---|---|
| March 10, 2014 | Centrastate Medical Center | Earl Nolan, M.D. |
| | | |
| | | |

10. Counts in the Master Complaint brought by Plaintiff(s):

- [x] Count I – Strict Product Liability – Defective Design
- [x] Count II – Strict Product Liability – Failure to Warn
- [x] Count III – Strict Product Liability – Manufacturing Defect
- [x] Count IV – Negligence
- [x] Count V – Consumer Protection Laws (Please identify applicable State Consumer Protection law(s) and state any additional facts and legal basis for application of State Consumer Protection law(s) in this case)

_____
_____
_____

- [x] Count VI – Gross Negligence
- [x] Count VII – Loss of Consortium
- [x] Count VIII – Punitive Damages
- [x] Count IX – Discovery Rule, Equitable Tolling/Estoppel (Please state any additional facts and legal basis for Discovery Rule and Tolling below)

_____
_____
_____

4

☐   Other Count(s) (Please state factual and legal basis for other claims not included in the Master Complaint below):

_____

_____

_____

☒   Jury Trial is Demanded as to All Counts

☐   Jury Trial is NOT Demanded as to Any Count

**s/**   Troy A. Brenes
Attorney(s) for Plaintiff

Address, phone number, email address and bar information:

BRENES LAW GROUP, P.C.
27141 Aliso Creek Rd., Suite 270
Aliso Viejo, CA 92656
(949) 397-9360
tbrenes@breneslawgroup.com
CA Bar No. 249776