# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| IN RE: ETHICON PHYSIOMESH FLEXIBLE COMPOSITE HERNIA MESH PRODUCTS LIABILITY LITIGATION | |
| This Document Relates To: | MDL DOCKET NO. 2782 |
|  | 1:17-md-2782-RWS |
| Individual Member Cases Listed on EXHIBIT A | |

## ORDER

'**THIS MATTER** is before the Court on a Joint Motion to Dismiss with Prejudice [Dkt. 825], filed by parties in this consolidated physiomesh products liability litigation.  The relevant cases are listed on the attached EXHIBIT A [Dkt. 825-1].  Pursuant to the parties' agreement and consent, it is hereby **ORDERED** that the Joint Motion to Dismiss with Prejudice [Dkt. 825] is **GRANTED**.

Accordingly, the individual member cases identified on EXHIBIT A (attached

hereto) shall be **DISMISSED WITH PREJUDICE** and the cases closed.

It is further **ORDERED** that all parties shall be responsible for bearing their

own costs.


SO ORDERED this 30th day of May, 2023.


RICHARD W. STORY
Sr. United States District Judge

Exhibit A

| Case Name | Docket Number |
|---|---|
| Adams, Donna | 1:17cv04867-RWS |
| Adams, James | 1:18cv02395-RWS |
| Adkins, Charlene | 1:18cv02028-RWS |
| Albright, Dana & Rodney Wade | 1:17cv04002-RWS |
| Allard, Wayne on behalf of Paul Allard, deceased | 1:18cv03931-RWS |
| Angell, Sharon | 1:17cv04921-RWS |
| Armstrong, Andrea & Donald Wayne (as Administrator of the Estate of Andrea Armstrong) | 1:18cv03402-RWS |
| Ashford, Ricky and Joann | 1:18cv05670-RWS |
| Ballard, Lorese | 1:20cv01302-RWS |
| Barnes, Lance | 1:20cv00547-RWS |
| Barnett, Sr., Thomas & Kiko | 1:19cv02392-RWS |
| Barr, John | 1:19cv00598-RWS |
| Beane, Donald & Lori | 1:19cv01506-RWS |
| Boe, Karen | 1:21cv00266-RWS |
| Bohanan, Terry | 1:17cv02249-RWS |
| Borne, Michael & Lisa | 1:18cv04557-RWS |
| Bosch, Martin | 1:21cv00166-RWS |
| Bowling, Dennis | 1:18cv00545-RWS |
| Bradsher, Kizzy | 1:20cv02193-RWS |
| Bravo, James & Norma | 1:19cv01480-RWS |
| Brown, Christopher L. & Mary | 1:18cv04751-RWS |
| Carlson, Sharon G. | 1:19cv03322-RWS |
| Chambers, Kayla | 1:18cv05419-RWS |
| Clark, Timothy | 1:18cv03637-RWS |
| Coiner-Pollard, Charles | 1:18cv05912-RWS |
| Colborn, Candace | 1:18cv02913-RWS |
| Colwell, Jammie M. | 1:20cv01031-RWS |
| Cordray, Troy | 1:20cv04929-RWS |
| Currie, Christie | 1:21cv01635-RWS |
| Curry, Valerie | 1:20cv03914-RWS |
| Dailey, Carol | 1:17cv02235-RWS |
| Daub, Susan & Ronnie | 1:19cv00232-RWS |
| Davis, Mae | 1:18cv02459-RWS |
| Davis, Mary | 1:20cv04551-RWS |
| Dean, April | 1:18cv02356-RWS |
| Delgado, Hector | 1:20cv01030-RWS |
| DePaola, Veronica & Charles | 1:18cv05065-RWS |
| DeZarn, Ernest & Joyce | 1:20cv02562-RWS |
| Dirks, Rebecca L. | 1:17cv02275-RWS |
| Duffle, Donna & Steve | 1:18cv02466-RWS |

| | |
|---|---|
| Duran, Selena & Ybarra, Alejandro | 1:20cv02668-RWS |
| Dutton, Deidre | 1:19cv01705-RWS |
| Edwards, Megerline | 1:19cv02981-RWS |
| Edwards-Chin, Vera | 1:20cv03214-RWS |
| Elinson, Michael & Natalia | 1:17cv02205-RWS |
| Emmel, Jr., Herbert W. | 1:18cv02110-RWS |
| Engel, Ronda | 1:18cv00420-RWS |
| Exum, Sandra | 1:21cv01020-RWS |
| Fernandez, Jose | 1:17cv04234-RWS |
| Fernandez, Rosa C. | 1:20cv03787-RWS |
| Flanary, Nikki Ann | 1:18cv02506-RWS |
| Floyd, Lea & Spencer | 1:19cv02588-RWS |
| Foux, Eldon | 1:17cv02250-RWS |
| Fox, James & Kathy | 1:20cv04684-RWS |
| Gadson, Cynthia | 1:20cv00219-RWS |
| George, John | 1:19cv02289-RWS |
| Gibson, Jr., John C. | 1:19cv01283-RWS |
| Gillespie, Cynthia | 1:18cv03639-RWS |
| Gilmer, Brian & Sardaryan, Zhanna | 1:20cv00888-RWS |
| Giorgi, Peter | 1:18cv03168-RWS |
| Goetz, Jackie | 1:19cv03994-RWS |
| Gooden-Stockley, Yolanda | 1:18cv00885-RWS |
| Goss, Charles V. & Janice T. | 1:19cv00345-RWS |
| Grange, Alain | 1:19cv05766-RWS |
| Gray, Regina & Edward | 1:18cv01912-RWS |
| Hall, Diana & Claude | 1:18cv03049-RWS |
| Harris, Eva Marie | 1:18cv04035-RWS |
| Hauman, Jr., Lynn Henry | 1:17cv02254-RWS |
| Hazeltine, Elizabeth | 1:21cv01576-RWS |
| Heath, Tammy | 1:18cv00410-RWS |
| Herrera, Silvia | 1:18cv03963-RWS |
| Holmes, Ann | 1:19cv02377-RWS |
| Holmes, Carrie A. | 1:17cv04477-RWS |
| Islip, Brian | 1:19cv02230-RWS |
| Jackson, Donna | 1:20cv04427-RWS |
| Jasper, Elizabeth | 1:17cv05143-RWS |
| Jewell, Annie & Errol | 1:17cv02536-RWS |
| Johansen, Bethanie | 1:18cv02323-RWS |
| Johnson, Blake | 1:19cv00641-RWS |
| Johnson, Robert | 1:20cv04742-RWS |
| Joy, Hardy | 1:18cv02536-RWS |
| Kindrix, Michael & Carol | 1:17cv03971-RWS |
| King, Anita | 1:17cv05092-RWS |
| Kirk, James | 1:18cv01339-RWS |

| | |
|---|---|
| Kloppe, Debra & Arthur | 1:19cv02394-RWS |
| Klubertanz, Jack W. and Melissa | 1:21cv00863-RWS |
| Knighten, Reginald | 1:20cv01840-RWS |
| Lieberman, Martha | 1:19cv02585-RWS |
| Long, Denise | 1:18cv02606-RWS |
| Lorie, Xiomara & Jesus | 1:20cv05125-RWS |
| Lutz, Laura | 1:17cv02313-RWS |
| Macklin, Robert E. | 1:18cv02283-RWS |
| Macneney, Marilyn & Kyle | 1:17cv02202-RWS |
| Madonia, Parrish & Warren | 1:19cv02325-RWS |
| Mancillas, Lorraine Jeanette | 1:17cv04487-RWS |
| Marra, Thomas | 1:17cv05487-RWS |
| Martin, Michael | 1:20cv04908-RWS |
| Melanson, Craig | 1:18cv00400-RWS |
| Miller, John | 1:18cv02411-RWS |
| Miller, Robert | 1:19cv02339-RWS |
| Miller, Tommy | 1:18cv04176-RWS |
| Montague, Kevin | 1:19cv03728-RWS |
| Moore, Jessica Administrates for the Estate of Paeltz, Linda | 1:19cv00492-RWS |
| Moreno, Lorenzo | 1:21cv01265-RWS |
| Morgan, Pamela | 1:19cv00185-RWS |
| Myers, Awhenjiosta | 1:20cv03141-RWS |
| Myers, Carol | 1:19cv00662-RWS |
| Nally, Eamon | 1:19cv00601-RWS |
| Nelson, Melvin | 1:17cv05144-RWS |
| Nettles, Frank | 1:17cv04005-RWS |
| Newell, Frederick & Ruth | 1:18cv02437-RWS |
| Novak, Mark & Lori | 1:18cv01996-RWS |
| Oliver, Martha | 1:20cv01654-RWS |
| Owen, Brenda | 1:18cv02465-RWS |
| Parks, Janary | 1:19cv02793-RWS |
| Pavlica, David | 1:18cv01913-RWS |
| Phelps, Jessica | 1:18cv01560-RWS |
| Pickrell, Mindy & Jeffrey | 1:19cv05385-RWS |
| Plato, Melissa | 1:18cv02594-RWS |
| Poindexter, Gail & Jimmie | 1:18cv02509-RWS |
| Price, Brittany R. | 1:20cv04392-RWS |
| Prince, II, Macky L. | 1:18cv02188-RWS |
| Quinn, Joanne | 1:17cv02083-RWS |
| Ramahi, Ghazi | 1:21cv01946-RWS |
| Ramos, Eduardo | 1:18cv01367-RWS |
| Ramos, Judy | 1:18cv02325-RWS |
| Reynolds, Timothy | 1:18cv03944-RWS |

| | |
|---|---|
| Riggs, Bradley D. | 1:17cv03888-RWS |
| Rios, Yesenia | 1:20cv04259-RWS |
| Roote, Mack H. & Geraldine | 1:18cv00412-RWS |
| Rothschild, Tamera Ochs, Bankruptcy Trustee for Robl, Sr., Wayne | 1:20cv03346-RWS |
| Rush, Chris & Mona | 1:21cv00448-RWS |
| Shana, Jenifer | 1:21cv01587-RWS |
| Sharp, Okey | 1:19cv02287-RWS |
| Shepherd, Felecia | 1:18cv05521-RWS |
| Shirley, Jerry | 1:19cv00471-RWS |
| Smalley, Cynthia | 1:18cv02611-RWS |
| Smith, Kimaka | 1:19cv00469-RWS |
| Smith, Pamela | 1:18cv04185-RWS |
| Spangler, Kathy | 1:18cv00838-RWS |
| Sparks, Patrick E. | 1:18cv01482-RWS |
| Spry, Robert | 1:20cv03156-RWS |
| Stephens-Britt, Tracy | 1:19cv02433-RWS |
| Sutterfield, Aubrey E. & Barbara | 1:18cv02023-RWS |
| Taormina, Salvatore | 1:17cv04007-RWS |
| Terlecky, II Thomas | 1:18cv00685-RWS |
| Thiele, Jeffrey | 1:20cv01632-RWS |
| Thomas, Brenda | 1:18cv02448-RWS |
| Tobar, Julion | 1:18cv05450-RWS |
| Tomco, Victoria | 1:19cv03436-RWS |
| Tucker, Jenifer | 1:21cv01718-RWS |
| Vazquez, Damian | 1:20cv04171-RWS |
| Wass, Joseph | 1:17cv03605-RWS |
| Watt, Linda | 1:19cv00551-RWS |
| Weathers, Joyce | 1:21cv01246-RWS |
| Weber, Howard & Mary | 1:18cv01102-RWS |
| Weeks, Merle | 1:21cv01951-RWS |
| White, Vickey | 1:19cv03378-RWS |
| Williams, Kenny | 1:18cv02427-RWS |
| Williams, Leon | 1:20cv01838-RWS |
| Wilson, Glenda & Clarance | 1:18cv05456-RWS |